IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02058-MSK-MJW

AGEAZZI SILASSIE,

       Petitioner,

v.

DOUGLAS MAURER, ICE Field Office Director,

       Respondent.

_____

**ORDER DENYING PETITION AND DISMISSING ACTION**
_____

**THIS MATTER** comes before the Court pursuant to the Petitioner's Amended Application for Writ of *Habeas Corpus* **(# 3)** and the Respondent's response **(# 15)**.  It is undisputed that, since the filing of the Amended Application, the Petitioner has been removed from the United States, and is no longer in the custody of the Respondent.  Accordingly, the Petitioner's Amended Application for Writ of *Habeas Corpus* is **DENIED** as moot.  *Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006).  The Clerk of the Court shall close this case.

       Dated this 25th day of January, 2007

                                     **BY THE COURT:**

                                     Marcia S. Krieger
                                     United States District Judge